The Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSE McCUNE and BRIGITTE McCUNE, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WILSHIRE CREDIT CORPORATION,<br><br>Defendant. | CASE NO. 2:05-1511RSL<br><br>JOINT MOTION REGARDING CASE DATES, AND ORDER |

Plaintiffs McCune and Defendant Wilshire Credit Corporation jointly move for a temporary suspension of the deadlines in this case, and in support thereof inform the Court as follows:

1. The parties are currently engaged in settlement negotiations.

2. Pursuant to the Court's March 2, 2006 Minute Entry, Plaintiffs' Motion for Class Certification is to be filed on June 15, 2006; Defendant's opposition and response to the motion is due by July 3, 2006; and Plaintiffs' reply papers are due by July 14, 2006.

3. In order to reduce the parties' attorney's fees and costs and to preserve the Court's resources during settlement negotiations, the parties request the Court to permit the temporary suspension of all case deadlines, to permit them to defer filing papers pertaining to class certification, and to permit the parties to file a joint status report to the Court on or by

JOINT MOTION REGARDING CASE DATES,
AND ORDER - 1

Beckett Law Offices, PLLC
811 First Avenue, Suite 620
Seattle, WA 98104
Tel 206-264-8135
Fax 206-264-8144

1  July 17, 2006 in which they suggest to the Court new deadlines which should be applicable for
2  the case.
3
4        DATED THIS _____ day of June, 2006.
5
6  BECKETT LAW OFFICES, PLLC        DORSEY & WHITNEY LLP
7
8  /s/        /s/
   Guy W. Beckett, WSBA #14939        Curt R. Hineline, WSBA # 16317
9                                                        Attorneys for Defendant
   WILLIAMSON & WILLIAMS
10 KELLER ROHRBACK, L.L.P.
11 Attorneys for Plaintiffs
12                                              ORDER
13       THIS MATTER came on before the Honorable Robert S. Lasnik upon the foregoing joint
14 motion of the parties. The Court has considered the motion and is fully advised in the premises.
15 Now therefore, it is hereby
16       ORDERED that the deadlines applicable to this case are temporarily suspended in order
17 to permit the parties to attempt to negotiate a settlement. The parties shall report to the Court
18 on or before July 17, 2006, in which report they shall suggest to the Court new deadlines which
19 they believe should be applicable to the case.
20
21       DONE THIS 16th day of June, 2006.
22
23
24                                             Robert S. Lasnik
25                                             United States District Judge
26
27
28

JOINT MOTION REGARDING CASE DATES,        Beckett Law Offices, PLLC
AND ORDER - 2                                                            811 First Avenue, Suite 620
                                                                                   Seattle, WA 98104
                                                                                   Tel 206-264-8135
                                                                                   Fax 206-264-8144