The Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSE McCUNE and BRIGITTE McCUNE, on behalf of themselves and others similarly situated,<br><br>                      Plaintiffs,<br><br>   v.<br><br>WILSHIRE CREDIT CORPORATION,<br><br>                      Defendant. | CASE NO. C05-01511RSL<br><br>JOINT STATUS REPORT AND MOTION TO MAINTAIN SUSPENDED CASE SCHEDULE, AND ORDER |

Come now Plaintiffs McCune and Defendant Wilshire Credit Corporation ("Wilshire") and jointly inform the Court as follows: on June 19, 2006 the Court granted the parties' joint motion to suspend case deadlines while they engaged in settlement negotiations. The Order required the parties to report to the Court on July 17, 2006 regarding the status of the case and to suggest new dates for the case schedule. McCune and Defendant Wilshire hereby report that they are still engaged in settlement negotiations. Wilshire has provided information and data to counsel for the McCunes which is required for the McCunes to evaluate settlement alternatives and possibilities, and counsel for the McCunes are formulating a response. The parties wish to continue to devote their efforts at settlement negotiations, and therefore jointly request the Court to enter an order continuing the suspended status of the deadlines in the case until August 17,

JOINT STATUS REPORT
AND MOTION TO MAINTAIN
SUSPENDED CASE SCHEDULE,
AND ORDER- 1



Beckett Law Offices, PLLC
811 First Avenue, Suite 620
Seattle, WA 98104
Tel 206-264-8135
Fax 206-264-8144

2006, when they shall report to the Court the status of their settlement negotiations and their suggested dates for a new case schedule.

DATED THIS _____ day of July, 2006.

| BECKETT LAW OFFICES, PLLC | DORSEY & WHITNEY LLP |
|---|---|
| /s/<br>Guy W. Beckett, WSBA #14939<br>WILLIAMSON & WILLIAMS<br>KELLER ROHRBACK, L.L.P.<br>Attorneys for Plaintiffs | /s/<br>Curt R. Hineline, WSBA # 16317<br>Attorneys for Defendant |

**ORDER**

THIS MATTER came on before the Honorable Robert S. Lasnik on the motion of the parties. The Court has considered the motion and is fully advised in the premises. Now therefore, it is hereby

ORDERED that deadlines applicable to this case shall remain temporarily suspended to permit the parties to continue to attempt to negotiate a settlement. The parties shall report to the Court on or before August 17, 2006 regarding the status of their settlement negotiations and to suggest new deadlines which they believe should be applicable to the case.

DONE THIS 7th day of August, 2006.

*[signature]*
Robert S. Lasnik
United States District Judge

JOINT STATUS REPORT
AND MOTION TO MAINTAIN
SUSPENDED CASE SCHEDULE,
AND ORDER- 2

Beckett Law Offices, PLLC
811 First Avenue, Suite 620
Seattle, WA 98104
Tel 206-264-8135
Fax 206-264-8144