UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JESSE MCCUNE, *et al.*,

    Plaintiffs,

v.

WILSHIRE CREDIT CORPORATION,

    Defendant.

Case No. C05-1511RSL

ORDER REGARDING MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT

    This matter comes before the Court on a plaintiffs' motion for preliminary approval of proposed class action settlement (Dkt. #33). No later than 12:00 p.m. on April 2, 2007, (1) defendant is directed to file a statement of whether it has complied with 28 U.S.C. § 1715 of the Class Action Fairness Act ("CAFA"), and (2) plaintiffs are directed to file an Amended Proposed Notice that (a) spells the Judge's name correctly throughout the Notice, (b) includes a hearing date of July 26, 2007 at 9:00 a.m. in courtroom 15106, (c) includes a July 5, 2007 date to file objections and requests for exclusion, (d) amends paragraph 3 of the "Your Options" section to remove the requirement that an objecting class member must file proof of membership of the settlement class. Instead, he or she must include with the objections a signed statement

ORDER - 1

that he or she is the person to whom the Notice was mailed.  The objections must bear the following caption: Jesse McCune, et al. v. Wilshire Credit Corporation, Case No. 05-1511RSL.

DATED this 27th day of March, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 2